# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JASON ALAN SANDERS,**

      **Plaintiff,**

vs.

      Case No.: 2:19-cv-2438
      Judge Edmund A. Sargus, Jr.
      Magistrate Judge Vascura

**SERGEANT SHRADER,** *et al.***,**

      **Defendants.**

## ORDER

On June 2, 2020, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's case be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute (ECF No. 37). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This case is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b). Should Plaintiff re-file this action, he must list this action as a related case. The Clerk shall remove ECF No. 37 from the Court's pending motions list and close this case.

      **IT IS SO ORDERED**.

      s/Edmund A. Sargus, Jr. 7/10/2020
      **EDMNUND A. SARGUS, JR.**
      **UNITED STATES DISTRICT JUDGE**